UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NORMAN BANKS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV1254 JCH |
| ) | |
| AMERENUE and CRAIG SHERRILL, ) | |
| d/b/a AMERENUE, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 17th day of September, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE